UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-CR-105-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMIE JOE PHILLIPS,

    Defendants.

_____
_____

## ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the supervised release violation hearing set on Friday, August 29, 2008 at 11:00 a.m. is VACATED and RESET on Tuesday, September 16, 2008 at 4:00 p.m.

    Dated: August 26, 2008