UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-CR-105-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMIE JOE PHILLIPS,

    Defendants.
_____
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The supervised release violation hearing is set in this matter for **Monday, December 7, 2009 at 10:30 a.m.** in Court Room A-1002

    Dated: October 23, 2009