UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-CR-105-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JEREMIE JOE PHILLIPS,

     Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     At the request of the parties, the supervised release violation hearing set for **Monday, December 7, 2009 at 10:30 a.m.** in Court Room A-1002 is **RESET** for **Friday, January 29, 2010 at 11:00 a.m.**

     November 16, 2009